COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Melissa Dromgoole v. The State of Texas

Appellate case number:   01-13-00931-CR

Trial court case number:  1840727

Trial court:             County Criminal Court of Law No. 1 of Harris County


State's Exhibit 4, a DVD containing a police "dash-cam" video, and State's Exhibit 8, a blood draw video, were admitted into evidence at trial in the above case. This Court, acting sua sponte, orders the exhibit clerk to send the original of State's Exhibit 4, a DVD containing a police "dash-cam" video, and State's Exhibit 8, a blood draw video, to this Court. If these exhibits are different from State's Exhibit 6 and State's Exhibit 8 admitted at the motion to suppress hearing, then this Court, acting sua sponte, orders the exhibit clerk to send the original of State's Exhibit 6 and State's Exhibit 8 admitted at the motion to suppress hearing, to this Court.


The exhibits are due in this Court no later than February 26, 2014.


It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                    Acting individually


Date:  February 19, 2015